THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE AMERICAN ICE COMPANY, Appellant.

First Department, April 14, 1938.

*Theodore J. Miller* of counsel [*Dunnington, Bartholow & Miller,* attorneys], for the appellant.

*Colin McLennan, Assistant Attorney-General* [*John F. X. McGohey, Assistant Attorney-General,* with him on the brief; *John J. Bennett, Jr., Attorney-General,* attorney], for the respondent.

PER CURIAM. It is our opinion that the order entered in 1911 has accomplished its purpose, and that, in view of changed economic and business conditions and circumstances, the defendant is entitled to the relief requested. Accordingly, the order should be reversed and the motion granted.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Order unanimously reversed and the motion granted. Settle order on notice.